✓ # 108  # 129119

FILED
2010 DEC -8 PM 3:04

CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

In re: MAXWELL, DANIEL T.
       MAXWELL, DONNA M.

Case No. 09-37095

Judge Mary Ann Whipple

### REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Amount |
|---|---|
| Chase Bank USA, NA, P.O. Box 15145, Wilmington, DE 19850 | $3.20 |
| Chase Bank USA, NA – same | 0.78 |
| PRA Receivables Management, LLC, P. O. Box 12914, Norfolk, VA 23541 | 3.21 |
| Candica, LLC, c/o Weinstein and Riley, PS, 2001 Western Ave., Ste. 400 Seattle, WA 98121 | 3.51 |
| PYOD, LLC, Assignee of Citibank, c/o Resurgent Capital Services, P.O. Box 19008, Greenville, SC 29602 | 3.35 |
| PYOD, LLC, Assignee of Citibank – same | 0.65 |
| Plastic Surgery of N. Central OH, 278 Benedict Ave., Ste 450, Norwalk, OH 44857 | 3.59 |
| HSBC Bank Nevada, NA, by PRA Receivables Management, LLC P.O. Box 12907, Norfolk, VA 23541 | 0.39 |
| Capital One Bank USA, NA, by American Infosource LP as Agent P.O. Box 71083, Charlotte, NC 28272-1083 | 1.48 |
| Calvary Portfolio Services, LLC, 7 Skyline Dr., Third Floor Hawthorne, NY 10532 | 4.88 |
| Recovery Management Systems Corp., for GE Money Bank, dba Lowes Consumer, 25 SE 2nd Ave., Ste 1120, Miami, FL 33131 | 0.56 |
| Recovery Management Systems Corp., for GE Money Bank, dba Wal-Mart Same | 2.55 |
| Recovery Management Systems Corp., for GE Money Bank, dba JC Penny Same | 0.50 |
| Recovery Management Systems Corp., for GE Money Bank, dba Wal-Mart Same | 0.89 |
| HSBC Bank Nevada NA, Bass & Associates, 3936 E. Ft. Lowell Rd., Suite 2001, Tucson, AZ 85712 | 0.28 |

Check for $29.82 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_____
Ericka S. Parker, Trustee

Dated: 12/08/2010

Cc:
Office of the U.S. Trustee